AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **5:26-cv-04594-JMG**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **CRG Development, LLC**
was received by me on **8/14/2026:**

☐ I personally served the **SUMMONS; AMENDED COMPLAINT; EXHIBITS** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Registered Agents Inc.**, who is designated by law to accept service of process on behalf of **CRG Development, LLC** at **7901 4th St N Ste 300, Saint Petersburg, FL 33702-4399** on **08/17/2026 at 10:18 AM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 118.00** for services, for a total of **$ 118.00**.

I declare under penalty of perjury that this information is true.

Date: 08/17/2026

*Server's signature*

**Andrew Borgmeyer**
*Printed name and title*

**1752 Townsend St**
**Clearwater, FL 33755**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; AMENDED COMPLAINT; EXHIBITS, to Registered Agents Inc., Registered Agent with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 18-25 years of age, 6'2"-6'6" tall and weighing 160-180 lbs with a beard. I, served Korey Frank, Authorized Representative.**

Tracking #: **0237456947**